James P. Renshaw and David A. Renshaw, Tenants in Common, Sarah A. Reed Children's Center *v.* The Zoning Hearing Board of Millcreek Township. Millcreek Township, Appellant.

Argued May 5, 1977, before Judges KRAMER,, MENCER and ROGERS, sitting as a panel of three.

*Charles K. Moffatt,* with him *Carney, Good, Brabender, Palmisano & Walsh,* for appellant.

*Norman H. Stark,* with him *MacDonald, Illig, Jones & Britton,* for appellees.

*Harry Renton,* for intervenor.

OPINION BY JUDGE ROGERS, June 15, 1977:

The order of the court below sustaining the appeal of James P. Renshaw, David A. Renshaw and the Sarah A. Reed Children's Center from a decision of the Zoning Hearing Board of Millcreek Township is affirmed on the opinion of Judge LINDLEY R. MCCLELLAND reported at 59 Erie 179 (1976).

### ORDER

AND Now, this 15th day of June, 1977, the order of the court below is affirmed.